NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

### 2009-1405
### (Cancellation Nos. 92/045,687 and 92/046,943)

OUTDOOR KIDS, INC.,

Appellant,

v.

PARRIS MANUFACTURING CO., INC.,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

## ON MOTION

## O R D E R

Parris Manufacturing Co., Inc., moves for a 5-day extension of time, until February 3, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 0 3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joanna R. Mendoza, Esq.
Jonathan D. Rose, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 3 2010

JAN HORBALY
CLERK